IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ANTONIO LAMONS, | * |
| Plaintiff, | * |
| v. | Case No. 1:21-CV-77(LAG) |
| ELOY MOYA ZUNIGA, et al, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated March 25, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the State Court of Dougherty County, Georgia.

This 25th day of March, 2022.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk